UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Laura Bermudez, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:10-cv-13156-DRH-PMF |
| *Sylvia Clark, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:10-cv-13396-DRH-PMF |
| *Ollie Ganz v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-10698-DRH-PMF |
| *Erica Garcia v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-11994-DRH-PMF |
| *Lindsay Hackett v. Bayer HealthCare Pharmaceuticals Inc., et al.*[1] | No. 3:11-cv-12052-DRH-PMF |
| *Emily Hoaglin, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:10-cv-13680-DRH-PMF |
| *Karen Luxton, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:10-cv-13397-DRH-PMF |
| *Cathi Rios, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-11201-DRH-PMF |
| *Jennifer Roberts v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-11984-DRH-PMF |
| *Miranda Robinson v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-10683-DRH-PMF |
| *Cassandra Wells v. Bayer HealthCare Pharmaceuticals Inc., et al.*[2] | No. 3:11-cv-12407-DRH-PMF |
| *Jessica White v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-10457-DRH-PMF |

---

[1] Plaintiff a/k/a Lindsay Hackett Coulter.
[2] Plaintiff a/k/a Cassandra Wells-Ciriza.

| | |
|---|---|
| *Matthew Mapp v. Bayer Corporation, et al.* | No. 3:11-cv-10914-DRH-PMF |
| *Linzie L. Hall v. Bayer Corporation, et al.* | No. 3:10-cv-10598-DRH-PMF |
| *Julie Price, et al. v. Bayer Pharma AG, et al.* | No. 3:11-cv-12829-DRH-PMF |
| *Kelly Rudisill v. Bayer Pharma AG, et al.* | No. 3:11-cv-13130-DRH-PMF |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on April 2, 2015, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

**JUSTINE FLANAGAN,
ACTING CLERK OF COURT**

BY:   /s/*Caitlin Fischer*
      **Deputy Clerk**

Digitally signed by David R. Herndon
Date: 2015.04.11 15:00:32 -05'00'

APPROVED:
    DISTRICT JUDGE
    U. S. DISTRICT COURT